■ Maurice Reep et al., Respondents, v Mamaroneck Union Free School District, Appellant. [868 NYS2d 914]

Under the circumstances of this case, the Supreme Court correctly determined that the defendant was estopped from asserting a notice of claim defense as a matter of law (*see Conquest Cleaning Corp. v New York City School Constr. Auth.*, 279 AD2d 546 [2001]).

Additionally, the Supreme Court properly determined, in effect, that based upon the undisputed facts the defendant was equitably estopped from asserting the statute of limitations defense (*see Zumpano v Quinn*, 6 NY3d 666, 675 [2006]; *Gleason v Spota*, 194 AD2d 764, 765 [1993]).

The defendant's remaining contentions are without merit. Rivera, J.P., Spolzino, Carni and Leventhal, JJ., concur.